UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTH UNIVERSITY OF OHIO, LLC, ) <br> a/k/a DC South University of Ohio, ) <br> LLC dba South University ) <br> and ) <br> ) <br> DCEH Education Holdings, LLC a/k/a ) <br> Dream Center Education Holdings, ) <br> LLC, ) <br> ) <br> and ) <br> ) <br> ARGOSY EDUCATION GROUP, LLC ) <br> ) <br> Defendants. ) | Misc. No. _____ <br><br> Judge _____ |

NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754

United States District Court
Northern District of Ohio
Case No. 1:19–cv–145–DAP

Mark E. Dottore (the "Receiver"), by and through his undersigned counsel, hereby provides notice, pursuant to 28 U.S.C. § 754, that on January 18, 2019, the United States District Court for the Northern District of Ohio entered an Order Appointing Receiver [Docket no. 8] (the "Receiver Order") appointing him as Receiver for South University of Ohio, LLC, Dream Center Education Holdings, LLC ("DCEH"), and DCEH's assets, specifically: its direct subsidiaries The DC Art Institute of Raleigh-

Durham LLC, The DC Art Institute of Charlotte LLC, DC Art Institute of Charleston LLC, DC Art Institute of Washington LLC, The Art Institute of Tennessee – Nashville LLC, AiTN Restaurant LLC, The Art Institute of Colorado LLC, DC Art Institute of Phoenix LLC, The Art Institute of Portland LLC, The Art Institute of Seattle LLC, The Art Institute of Pittsburgh, DC LLC, The Art Institute of Philadelphia, DC, LLC, DC Art Institute of Fort Lauderdale LLC, The Illinois Institute of Art LLC, The Art Institute of Michigan LLC, The Illinois Institute of Art at Schaumberg LLC, DC Art Institute of Phoenix, LLC; and its direct subsidiaries, The Art Institute of Las Vegas LLC, The Art Institute of Indianapolis, LLC, The IN Restaurant LLC, Dream Center Argosy University of California LLC and its direct subsidiaries; The Argosy Education Group LLC, AU Student Funding, LLC, Dream Center Education Management LLC; and South University of Michigan, LLC (the "Receivership Entities").

A true and correct copy of the Verified Complaint, complete with all exhibits, is attached hereto as Exhibit A. A true and correct copy of the Receiver Order is attached hereto as Exhibit B.

Dated: January 24, 2019

*James W. Ehrman (signature)*

James W. Ehrman (0011006)
Mary K. Whitmer (0018213)
WHITMER & EHRMAN LLC
2344 Canal Road, Suite 401
Cleveland, OH 44113-2535
Telephone: (216) 771-5056
Email:   jwe@weadvocate.net
              mkw@weadvocate.net

*Counsel for Mark E. Dottore, Receiver*